IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RONNIE LEE CRAWFORD,

    Petitioner,

vs.                                      CASE NO.: 1:03cv86-SPM/AK

JAMES V. CROSBY,

    Respondent.
_____/

## **ORDER**

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation dated June 7, 2005 (doc. 17). Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed, although Petitioner did file a response (doc. 18) requesting a timely ruling on the merits of his petition upon transfer. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.     The magistrate judge's report and recommendation (doc. 17) is ADOPTED and incorporated by reference in this order.

2.    This case is transferred to the United States District Court for the Middle District of Florida for all further proceedings.

DONE AND ORDERED this 6th day of July, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 1:03cv86-SPM/AK